# EXHIBIT 2



Client: HOLO Footwear
ADDENDUM 1

Agency: R\West
Date: April 26, 2022
Project: 2022 PR, Social Media, Creative and Digital
services
SOW Timeline: June 6, 2022 - December 6, 2022
R\West Contact: Emma Oldenkamp
Client Contact: Yuri Rodriguez

Scope of Work:

R\West will serve as HOLO's agency of record for communications services including, public relations, social media, digital strategy and creative strategy. In addition to agency of record, R\West will take on project work such as influencer campaigns and creative campaigns when it pertains to public relations, celebrity relations, and/or influencer relations or social media.

Press Office:

As part of the Statement of Work, Agency will provide, develop, and/or support the following Press Office Services.

- Ongoing Proactive Media Relations:

    ○ R\West will continue to manage the brand's reputation on behalf of HOLO Footwear focused on consumer/lifestyle product and celeb press, and trade.

- Reactive Media Relations:



- ○ R\West will be the main communications contact for all general media inquiries and will work with the HOLO Footwear team to coordinate any opportunities.
- Thought Leadership:
  - ○ R\West will work with HOLO Footwear for any reactive and proactive thought leadership or brand-focused press opportunities.
- Ongoing Celebrity Seeding Management and Execution:
  - ○ Consistent relationship building and management through product seeding for female and male talent. Including continual tracking of channels for exposure.
- Reactive Celebrity Gifting Opportunities:
  - ○ R\West will be the main celebrity relations contact for all general celebrity gifting inquiries and will work with the HOLO Footwear team to coordinate any opportunities.

Strategic Development:

- Develop seasonal public relations plans for the products and key initiatives;
- Regularly re-assess brand strategy to ensure the success of the public relations campaign;
- Monitor the development and execution of public relations plans for core products and ensure initiatives are completed on budget;
- Serve as strategic advisors, ensuring communication wins are integrated into an omnichannel approach (I.e.: public relations, celebrity,



social, ecomm tactics, email marketing tactics, CRM - 1st party data

strategies)

- Work with the HOLO Footwear team to finalize seasonal

communications plan and refine plans throughout the calendar year;

Brand Management:

- Day-to-day client liaison and support;

- Bi-weekly status and call recaps;

- Participate in meetings as requested by the client;

- Manage creative deliverables;
- Cross-functional team organization & management

- Maintain and deliver reporting.

2022 Programming Support:
Additional programming support requires additional OOP costs to be successful but programming execution is covered by overall communications retainer. These activities as of now include:

- Brand partnerships

- Look book campaign with micro influencers

Social Media:
   ○ Work with HOLO team to concept and execute an Instagram strategy
   ○ Create monthly calendars, schedule posts and monitor channels.
   ○ Maintain community management on Instagram
   ○ Provide monthly channel reports and insights with Digital Strategy Team reporting support

Creative:
- Work with HOLO team to concept and execute 3 photoshoots for the purpose of:
   ■ Digital content creation (2 shoots)
   ■ Seasonal look book (1 shoot)



- Collaborate with the social media team to create a social playbook for the IG channel.
- Concept and create social media content based on the established pillars. Inclusive of design support for visual posts and copy writing for monthly calendars.
- Collaborate with the PR team to support editor outreach. Activities may include lookbook design, editorial mailers and event concept and execution.

Digital Strategy:

- Provide ongoing digital strategy and monthly reporting of marketing/advertising tactics deployed for go to market activities
- Build a dashboard and cadence reporting our progress
- Analysis of existing results, and strategizing for each next steps with UX consultancy when applicable
- Implementation of a custom reporting dashboard to share results of go to market campaign efforts
- Reporting on specific ROI stemming from marketing dollars
  - Access to current site google analytics or equivalent analytics platform is mandatory
- Consultation in selecting a CRM (customer relationship management tool) and partnership with HOLO's web/dev team regarding CMS (content management system) back end of website  build.

Budget and Payment Terms for June 6, 2022 - December 6, 2022:

**Integrated Marketing Retainer**
**$180,000**

- **Billed monthly at $30,000**

*Includes press office, strategic development, and 2022 programming support. Retainer to be billed monthly.* Agency's work will be capped at 200 hours per month.

Payment Terms

- Contract to begin June 6, 2022

- Both parties to give a 30-day notice to terminate the contract.



- Payment will be due within 60 days of receipt of the invoice.

2022 OOP Costs:

- 3 photoshoots (2 digital asset shoots + 1 look book shoot)
    - Associated hard costs may include: Talent, Wardrobe, Hair and make up, Craft services, location fees, photographer day rate, PA day rate, specialized gear, producer, retouching. We can present a range of shoot concepts from super scrappy to more highly produced.

    - Agency will waive fees for our camera and lighting package, usage of any props and wardrobe from our library, styling kit, studio location fees (indoor studio)
    · Video, to be estimated by project


- Additional potential OOP hard costs:
    · PR influencer projects (look book engagement)
    · Social media amplification
    · Brand partnerships


*This Statement of Work is subject to the terms and conditions of the Master Services Agreement between the parties hereto and of even date herewith and is made a part thereof by Addendum to said Agreement.*

AGREED AND ACCEPTED


**R\West**

Name _____

Signature _____



Date _____

**HOLO Footwear**

Name _Rommel Vega_____

Signature _*Rommel Vega*_____

Date _____05-12-2022_____