UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BIG ADS INC.,

       Plaintiff,                          Case No. 1:24–cv–00867–PLM–SJB

v.                                      Hon. Paul L. Maloney

HOLO FOOTWEAR, INC. ,

       Defendant.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above-captioned case was filed in this court on August 26, 2024 .   The case has been assigned to Paul L. Maloney .

CLERK OF COURT

Dated:  August 27, 2024        By:   /s// P. Woods_____
                                                     Deputy Clerk